UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                         :
                                         :       24cv8685(DLC)
MARICELA UBIERA, as Administrator of  :
the Estate of Donny Ruben Ubiera,     :       ORDER
                                           :
                          Plaintiff,  :
             -v-                   :
                                           :
CITY OF NEW YORK, et al.,             :
                                           :
                          Defendants.  :
                                           :
--------------------------------------- X
DENISE COTE, District Judge:

     An initial pretrial conference was held on February 14, 2025.  As set forth at that conference, it is hereby

     ORDERED that a status conference shall be held on **April 11, 2025** at **3:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.  The April 11 conference shall be attended by counsel of record for all parties, as well as by an attorney in the Office of General Counsel for the New York City Department of Correction ("DOC") who has knowledge of the DOC investigation into the events underlying the plaintiff's claims.

     IT IS FURTHER ORDERED that the defendants' deadline to answer or otherwise respond to the complaint is adjourned to **April 11, 2025.**

Dated:    New York, New York
           February 14, 2025

                             _____
                                 DENISE COTE
                   United States District Judge