```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    24cv8685(DLC)
MARICELA UBIERA, as Administrator of :
the Estate of Donny Ruben Ubiera,    :    PRETRIAL
                                     :    SCHEDULING ORDER
                         Plaintiff,  :
            -v-                      :
                                     :
CITY OF NEW YORK, et al.,            :
                                     :
                         Defendants. :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

As set forth at the status conference on July 1, 2025, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall submit a proposed confidentiality agreement by **July 11, 2025**.

2. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **July 18, 2025**.

3. No additional parties may be joined or pleadings amended after **August 8, 2025**.

4. The parties are instructed to contact the chambers of Magistrate Judge Stewart Aaron prior to **July 8, 2025** in order to schedule settlement discussions under his supervision to occur in October 2025.

5. All fact discovery must be completed by **December 12, 2025**.

6. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **January 9, 2026**. Identification of rebuttal experts and disclosure of their expert testimony must occur by **January 30, 2026**.

7.  Expert discovery must be completed by **February 13, 2026**.

8.  The following motion will be served by the dates indicated below.

    Summary Judgment

    - Motion served by **March 13, 2026**
    - Opposition served by **April 3, 2026**
    - Reply served by **April 17, 2026**

    At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

9.  In the event no motion is filed, the Joint Pretrial Order must be filed by **March 13, 2026**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

    SO ORDERED:

Dated:   New York, New York
         July 1, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge

2