UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maricela Ubiera, as Administrator of the Estate of Donny Ruben Ubiera,<br><br>                                    Plaintiff,<br><br>-against-<br><br>City Of New York et al,<br><br>                                    Defendants. | 1:24-cv-08685 (DLC) (SDA)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, October 7, 2025, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

       The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, September 30, 2025).

**SO ORDERED.**

Dated:      New York, New York
              July 8, 2025

                                                               _____
                                                               STEWART D. AARON
                                                               United States Magistrate Judge