

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JACQUELYN DAINOW**
Phone: (212) 356-0896
Fax: (212) 356-3509
Email: jadainow@law.nyc.gov

August 20, 2025

<u>**VIA ECF**</u>
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Ubiera v. City of New York, et al.*, 24-cv-8685 (DLC)(SDA)

Dear Judge Cote:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for the City of New York and Captain Angelo Erland Lessey ("City Defendants") in the above-referenced action. I write to respectfully request a 60-day extension of time to respond to Plaintiff's Amended Complaint, from August 22, 2025, to October 21, 2025 (ECF No. 33). This is the first request for an extension of this deadline. Plaintiff takes no position on this request and Correction Officer ("C.O.") Crowell has no objection to this request.

    As an initial matter, upon information and belief, and according to the Civil Docket sheet, the individuals identified in the Amended Complaint as C.O. Trevor Sam and C.O. Eaugene Russell have not yet been served with process and, as such, are not yet defendants in this action. Notwithstanding, City Defendants have been informed by Plaintiff that C.O. Russell was served on August 15, 2025. Separately, City Defendants are working with Plaintiff to effect proper service on C.O. Sam, and City Defendants have been informed by Plaintiff that Plaintiff expects to effect service on C.O. Sam on August 21, 2025. City Defendants respectfully request a corresponding extension for C.O. Russell, and to the extent C.O. Sam is served before October 21, 2025, City Defendants request that the Court *sua sponte* deem his response to the Amended Complaint also due on October 21, 2025, in the interest of judicial economy.

    This extension is being requested because one of the newly added individual defendants in this action was only just served with process, per Plaintiff, and the other newly added defendant has not yet been served with process. In following with same, this Office, pursuant to N.Y. General Municipal Law § 50-k, will need sufficient time to determine representation for them once both are served.  While ideally a shorter extension would be requested, the undersigned will be on vacation from August 22, 2025 to September 8, 2025. This requested extension is in the interest of judicial economy because it will allow Plaintiff to effect service on C.O. Sam, and will

also allow this Office sufficient time to determine representation for both C.O. Same and C.O. Russell.

         Accordingly, City Defendants respectfully request an extension of time to respond to Plaintiff's Amended Complaint until October 21, 2025, as well as a corresponding extension for C.O. Russell, in the interest of judicial economy. City Defendants also respectfully request that if C.O. Sam is served before October 21, 2025, that the Court *sua sponte* deem his response to the Amended Complaint also due on October 21, 2025, in the interest of judicial economy.

         I thank the Court for its time and consideration.

         Respectfully submitted,

         s/ *Jacquelyn Dainow*

         Jacquelyn Dainow
         Assistant Corporation Counsel

cc:      All counsel of record (via ECF)