# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

September 12, 2025

**Via ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Ubiera v. City of New York et al.*, 24-cv-8685 (DLC)(SDA)

Dear Judge Aaron:

  Our firm represents Plaintiff Maricela Ubiera as Administrator of the Estate of Donny Ruben Ubiera in the above-captioned matter. The parties write to respectfully request adjournment of the settlement conference currently scheduled for October 7, 2025. *See* ECF No. 29.

  On August 8, 2025, Ms. Ubiera amended her complaint, *see* ECF No. 33, and Defendants City of New York and Captain Lessey were granted an extension of time until October 21, 2025, to respond, *see* ECF No. 37. In light of that new deadline, no discovery will have taken place before October 7, 2025. The parties respectfully ask that the settlement conference be adjourned at this time and, once a new discovery schedule is in place, rescheduled for a date to be determined. Thank you for your consideration of this request.

            Respectfully submitted,

            */s Sonya Levitova*
            Sonya Levitova

c. All counsel of record (via ECF)