

Philip Karasyk

James M. Moschella

Marissa B. Gillespie

Jeannette Baldassarre

Rena C. Dawson

Mercedes M. Maldonado

Ann M. Schneider

Stephanie A. Swinton

OF COUNSEL

Shiva Bahmani

John W. Burns

Michael A. Palladino

Barry Washor

Yesenia Rivera-Sipes

Jessica Salles

November 24, 2025

**Via: ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **Ubiera v. City of New York, et al.**
24-civ-8685(DLC)(SDA)

Your Honor:

I represent co-defendant New York City Correction Officer ("CO") Sincere Crowell in the above-referenced matter. We entered the case and interposed his Answer with Cross-claims on or about June 26, 2025 (*see*, ECF Dkt. Nos. 25 and 26).

### RESPONSE TO COURT'S ORDER TO SHOW CAUSE
#### Dated November 21, 2025

On or about October 21, 2025, the City of New York requested the Court to extend the time to Answer for two recently added defendants: Correction Officers Eaugene Russell and Trevor Sam, and this request was approved by the Court with their Answers due on November 20, 2025 (*see*, ECF Dkt. Nos. 43 & 44).

On October 31, 2025, both CO's Russell and Sam were informed by the City Law Department that they would not be able to represent either of them on this matter. A copy of the declination letter was also sent to me also on that date.

I immediately started the process to determine if there was any conflicts between CO Crowell and the two added defendants CO's Russell and Sam. I have just concluded that no potential conflict exists, and I will not need to engage conflict counsel for the recently added defendants.

While I have just determined there is no conflict, I should have informed the Court that I needed more time to investigate potential conflicts and to interpose an Answer. Additionally, I had mistakenly calendared December 1, 2025, for the CO's deadline to Answer. I apologize to the Court for this error.

At this time, I respectfully request that additional time to Answer the Amended Complaint for all three (3) CO's be extended to December 21, 2025.

The failure of the two recently added defendants to Answer was not their fault by my mistakenly calendaring their time to Answer for December 1, 2025 and not informing the Court of my ongoing investigation of the potential conflict.

Therefore, in sum, I respectfully request the Court to accept this explanation for their failure to Answer on or before November 20, 2025, and to extend their time to Answer and interpose their cross-claims to December 21, 2025.

On behalf of Defendant Correction Officers Russell and Sam, I thank the Court for its time and consideration of this matter.

                                                                           Respectfully submitted,

                                                                           KARASYK & MOSCHELLA, LLP

*John W. Burns*

JOHN W. BURNS

cc: All Counsel via ECF