

MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

INNA SHAPOVALOVA
*Senior Counsel*
Phone: (212) 356-2656
Fax: (212) 356-3509
inshapov@law.nyc.gov

December 10, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The parties may, on consent, extend the period of fact discovery into the period for expert discovery. Any summary judgment motion or a pretrial order remains due on March 13.
>
> /s/ Denise Cote
> 12/10/25

Re: Ubiera v. City of New York, et al.,
    24 Civ. 8685 (DLC)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York and the attorney representing the City of New York and Captain Angelo Erland Lessey ("City Defendants") in the above-referenced action. The undersigned respectfully writes on behalf of all of the parties to jointly request: (1) an extension of time to complete discovery, from December 12, 2025 until May 5, 2026, and (2) that the Court grant corresponding extensions of the remaining deadlines in the Pretrial Scheduling Order. This is the first request of its kind and a proposed revised Scheduling Order containing the proposed dates is enclosed.

    By way of background, Plaintiff Marciela Ubiera, as Administrator of the Estate of Donny Ruben Ubiera, alleges a violation of Plaintiff-decedent's Constitutional rights by Defendants City of New York, Correction Officer Sincere Crowell, Captain Angelo Erland Lessey, Correction Officer Eaugene Russell, and Correction Officer Trevor Sam on or about August 21, 2023 and August 22, 2023 while he was in New York City Department of Correction ("DOC") custody. Specifically, Plaintiff claims that Plaintiff-decedent had a long history of mental health issues and substance abuse, and that DOC failed to provide him with mental health services, care, and supervision. Plaintiff further alleges that as a result, Plaintiff-decedent overdosed on methadone and subsequently died. Plaintiff also alleges Monell liability against the City of New York. See ECF No. 1.

As the Court is aware, on July 2, 2025, Your Honor set the deadline to complete fact discovery for December 12, 2025, referred the matter to Magistrate Judge Stewart Aaron for a settlement conference, and directed the parties to contact Magistrate Judge Aaron's chambers by July 8, 2025 to schedule settlement discussions under his supervision. Since that time, the parties exchanged initial disclosures, certain paper discovery, submitted a proposed protective order to the Court for endorsement, and a settlement conference was scheduled to be held before Magistrate Judge Aaron on October 7, 2025. Thereafter, Plaintiff moved to add two defendants and filed an Amended Complaint. See ECF No. 33. The City Defendants were granted an extension of time until October 21, 2025 to respond to the Amended Complaint and the parties jointly requested that the settlement conference be adjourned. See ECF Nos. 37, 40. On October 21, 2025, Defendants City and Lessey filed their answer to the Amended Complaint, John Burns appeared on behalf of Defendants Sam and Russell, and Defendants Crowell, Sam, and Russell's deadline to respond to the Amended Complaint was extended until December 21, 2025. See ECF Nos. 42, 46, 47. The undersigned was recently assigned to represent the City Defendants in this matter in place of Senior Counsel Jacquelyn Dainow. See ECF No. 48.

The requested extension of time would allow Defendants Crowell, Sam and Russell to respond to the Amended Complaint, the undersigned to familiarize myself with the record, and for the parties to participate in a settlement conference before Judge Aaron to pursue resolution of this matter prior to engaging in the more costly and burdensome discovery.

Accordingly, the parties respectfully request: (1) an extension of time to complete discovery until May 5, 2026, and (2) corresponding extensions of the remaining deadlines in the Pretrial Scheduling Order as set forth in the attached proposed revised Scheduling Order.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Inna Shapovalova*

Inna Shapovalova
*Senior Counsel*
Special Federal Litigation Division

CC:   **VIA ECF**
      All counsel of record

2