UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
                                        :

MARICELA UBIERA, as Administrator of    :
the Estate of Donny Ruben Ubiera,      :

                                      :        24cv8685(DLC)

                      Plaintiff,    :

          -v-                     :         ORDER

                                          :

CITY OF NEW YORK, et al.,           :

                                          :

                    Defendants.  :

------------------------------------------ X

DENISE COTE, District Judge:

    Having received the parties' letters of February 12 and 13, 2026, regarding a discovery dispute, it is hereby

    ORDERED that a telephone conference is scheduled for **February 18, 2026** at **3:00 P.M.**  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      1-855-244-8681
        Access Code:  2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
          February 17, 2026

                                _____
                                   DENISE COTE
                        United States District Judge